# EXHIBIT A

July 31, 2013

Office of Information Programs and Services
A/GIS/IPS/RL
U.S. Department of State
Washington DC 20522-8100     Fax [202] 261-8579

Dear FOIA Officer:

This is a request filed under the Freedom of Information Act.

Date range of request: January 1, 2000 through December 31, 2013

Description of request:

> Please give me a copy of each "Profile of Asylum Claims and Country Conditions" published for each country, dated January 1, 2000 through December 31, 2013.

I am willing to pay up to $50 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request.

I am seeking information for personal use and not for commercial use.
.
Thank you for your attention.


David L. Cleveland
924 G Street NW, #125
Washington, DC 20001
[202] 772-4345

1